

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

James N. Vissering, Appellant

No. 06-13-00114-CV        v.

Wheatville Cemetery Association, Appellee

Appeal from the 276th District Court of Morris County, Texas (Tr. Ct. No. 24,320). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to set aside the trial court's judgment should be granted and the case is remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement. Therefore, we dismiss the appeal.

We further order, unless otherwise agreed by the parties, that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED NOVEMBER 14, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk